UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GERALDINE RHIMES,

        Plaintiff,        Case no. 09-13015
                                    Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant,
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, pursuant to 72(b) of the Federal Rules of Civil Procedure, 28 U. S. C. 636(b)(1)(B), and LR 72.1(b)(3), has reviewed Magistrate Judge Mona K. Majzoub's July 7, 2010, Report and Recommendation, as well as any objections filed by the parties, and upon review;

IT IS HEREBY ORDERED that the Report and Recommendation is ADOPTED as the findings and conclusions of this Court.

IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment, filed November 6, 2009 is DENIED, Defendant's Motion for Summary Judgment, filed December 4, 2009 is GRANTED, and the complaint DISMISSED.

                                        s/John Corbett O'Meara
                                        United States District Judge

Date: August 6, 2010

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, August 6, 2010, using the ECF system and/or ordinary mail.

<pre>
                        s/William Barkholz
                        Case Manager
</pre>